**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 240 MAL 2020

             Respondent                 :

                                      :   Petition for Allowance of Appeal
                                      :   from the Order of the Superior Court

            v.                         :

                                        :

ALPHONSO WILLIAMS,                  :

                                        :

             Petitioner                    :

**ORDER**

**PER CURIAM**

     **AND NOW**, this 22nd day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.